**SO ORDERED.**



# TIFFANY & BOSCO
### P.A.

**Dated: June 12, 2009**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____

**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-12176/9900782404

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-00386-RTB |
| Douglas Teague and Lisa Teague<br>　　　　　Debtors. | Chapter 7 |
| _____ | ORDER |
| U.S. Bank, N.A., it's Successors and/or Assigns<br>　　　　　Movant,<br>　　　vs. | (Related to Docket #26) |
| Douglas Teague and Lisa Teague, Debtors, Robert<br>A. MacKenzie, Trustee. | |
| 　　　　　Respondents. | |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 23, 1999 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, N.A., it's Successors and/or Assigns is the current beneficiary and Douglas Teague and Lisa Teague have an interest in, further described as:

Lot 22, DEANMAR MANOR, according to Book 91 of Maps, page 10, records of Maricopa County, Arizona;
EXCEPT the East 1 foot thereof.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT